UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 2:03-mc-00035-WDK(KESx)) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS [PROPOSED] |
| v. | ) | |
| GARY R. STANBRIGE, individually: and DOES 1 trough 10, inclusive, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of DIRECT LEGAL SUPPORT, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: 2/5/2019

WILLIAM D. KELLER, DISTRICT JUDGE
UNITED STATES DISTRICT COURT